THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIMON GROSS,

Appellant.— As the judgment of conviction has been affirmed, it is unnecessary to determine appellant's motion for an extension of time to serve his notice of argument, and the motion is, therefore, dismissed.   Present — Kelly, P. J., Jaycox Manning, Young and Kapper, JJ.